LEGAL DEPARTMENT

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

July 6, 2011

Honorable Stephen Wm. Smith
United States Magistrate Judge
U.S. District Court for the Southern District of Texas
515 Rusk Street, Room 5300
P.O. Box 61010
Houston, Texas 77002-2600

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET,
18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
F/212.549.2651
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

Re: *In re Application of the United States of America for Historical Cell Site Data*
Nos. 4:10-mj-981M; 4:10-mj-990M; 4:10-mj-998M

Dear Judge Smith:

On January 14, 2011, the American Civil Liberties Union, the ACLU of Texas, and the Electronic Frontier Foundation (together, "ACLU and EFF"), and Professor Susan Freiwald, filed amicus briefs in the above-referenced matter. We argued that the district court should uphold Judge Smith's conclusion that the Fourth Amendment requires the government to establish probable cause and obtain a warrant to get historical cell site location information.

We write to inform this Court that on June 27, 2011, the Supreme Court granted certiorari to review the D.C. Circuit's decision in *United States v. Maynard*, 615 F.3d 544 (D.C. Cir. 2010), *cert granted sub. nom. United States v. Jones*, No. 10-1259. In *Jones*, the Court will consider the following questions:

> Whether the warrantless use of a tracking device on respondent's vehicle to monitor its movements on public streets violated the Fourth Amendment.
>
> Whether the government violated respondent's Fourth Amendment rights by installing the GPS tracking device on his vehicle without a valid warrant and without his consent.

As the ACLU and EFF's brief emphasizes, and as Judge Smith noted, *Maynard* was not necessary to Judge Smith's conclusion that a warrant was required;

*Maynard* merely provided additional support for that conclusion. This Court should reach the same conclusion and uphold Judge Smith's order regardless of whether it relies on *Maynard / Jones*.

Given that the decision in *Maynard / Jones* is not necessary to resolve this matter, the importance of the issues this matter presents, and that it could be almost twelve months until the Supreme Court resolves the *Jones* case, this Court should not await a decision in *Jones* before rendering a decision on the pending Objections.

<div style="margin-left:auto">

Sincerely,

/s/ Benjamin T. Siracusa Hillman
Catherine Crump
Benjamin T. Siracusa Hillman
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 519-7806
Fax: (212) 549-2651

Kevin S. Bankston
ELECTRONIC FRONTIER
  FOUNDATION
454 Shotwell St.
San Francisco, CA 94110
Tel: (415) 436-9333 x126
Fax: (415) 436-9993

Lisa Graybill
Legal Director
Texas Bar No. 24054454
Southern District Bar No. 784838
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF TEXAS
P.O. Box 12905
Austin, TX 78711
Tel: (512) 478-7300 ext. 116
Fax: (512) 478-7303

</div>

Susan Freiwald
Professor of Law
UNIVERSITY OF SAN FRANCISCO
  SCHOOL OF LAW
2130 Fulton Street
San Francisco, CA 94117
(415) 422-6467

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION